Kate T. Spelman (SBN 269109)
kspelman@jenner.com
**JENNER & BLOCK LLP**
515 S. Flower Street, Suite 3300
Los Angeles, CA 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

David C. Layden (*pro hac vice* to be filed)
dlayden@jenner.com
**JENNER & BLOCK LLP**
353 North Clark Street
Chicago, Illinois 60654
Telephone: (312) 222-9350

Attorneys for Defendants
MICROSOFT CORPORATION AND
NUANCE COMMUNICATIONS, INC.

(Additional Counsel on Signature Page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANA TURNER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, MICROSOFT CORPORATION, and NUANCE COMMUNICATIONS, INC.,<br><br>Defendants. | CASE NO. 4:22-cv-05827<br><br>Assigned to Hon. Donna M. Ryu<br><br>**STIPULATION TO CONTINUE DEADLINE TO FILE RESPONSIVE PLEADING (CIV. L.R. 6-1(a))**<br><br>Current Deadline:  November 3, 2022<br>New Deadline:        December 8, 2022 |

WHEREAS:

1. Plaintiff Dana Turner filed this action on October 6, 2022;

2. Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, Microsoft Corporation and Nuance Communications, Inc.'s response to the Complaint is currently due on November 3, 2022;

3. Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, Microsoft Corporation and Nuance Communications, Inc. have requested, and Plaintiff has agreed to provide, a 35-day extension of Defendants' deadline to file a responsive pleading, to and including December 8, 2022.

NOW, THEREFORE, IT IS AGREED AND STIPULATED, pursuant to Civil Local Rule 6-1(a), that Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, Microsoft Corporation and Nuance Communications, Inc.'s deadline to file a responsive pleading is continued from November 3, 2022, to and including December 8, 2022.

DATED: November 1, 2022                     Bursor & Fisher P.A.[1]

                                            By:   /s/ Neal J. Deckant
                                                  Neal J. Deckant
                                                  Attorney for Plaintiff Dana Turner

DATED: November 1, 2022                     Jenner & Block LLP

                                            By:   /s/ Kate T. Spelman
                                                  Kate T. Spelman
                                                  Attorney for Defendants
                                                  Microsoft Corporation and Nuance
                                                  Communications, Inc.

///

///

---

[1] Pursuant to Civil Local Rule 5-1(i)(3), I, Kate T. Spelman, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

1  DATED: November 1, 2022                    Greenberg Traurig, LLP

2

3                                       By:   /s/ Rebekah S. Guyon
                                              Rebekah S. Guyon
4                                             Attorneys for Defendants
                                              JPMorgan Chase & Co. and JPMorgan Chase Bank