| | |
|---|---|
| **GREENBERG TRAURIG, LLP**<br>Rebekah S. Guyon (SBN 291037)<br>guyonr@gtlaw.com<br>1840 Century Park East, 19th Fl.<br>Los Angeles, CA 90067<br>Telephone: (310) 586-7700<br>Facsimile: (310) 586-7800<br>*Attorneys for Defendants JPMORGAN CHASE & CO. AND JPMORGAN CHASE BANK, N.A.* | **BURSOR & FISHER, P.A.**<br>Neal J. Deckant (SBN 322946)<br>ndeckant@bursor.com<br>Brittany S. Scott (SBN 327132)<br>bscott@bursor.com<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>*Attorneys for Plaintiff<br>DANA TURNER* |

**JENNER & BLOCK LLP**
Kate T. Spelman (SBN 269109)
kspelman@jenner.com
515 S. Flower Street, Suite 3300
Los Angeles, CA 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
David C. Layden (*pro hac vice* to be filed)
dlayden@jenner.com
353 North Clark Street
Chicago, Illinois 60654
Telephone: (312) 222-9350
*Attorneys for Defendants MICROSOFT CORPORATION AND NUANCE COMMUNICATIONS, INC.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA TURNER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., MICROSOFT CORPORATION, and NUANCE COMMUNICATIONS, INC.<br><br>Defendants. | CASE NO. 4:22-cv-05827-DMR<br><br>**STIPULATION TO AMEND COMPLAINT, EXTEND DEFENDANTS' TIME TO RESPOND, AND RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE AND ORDER (AS MODIFIED)**<br><br>Complaint Filed: October 6, 2022<br>New Response Date: February 21, 2023 |

STIPULATION TO AMEND COMPLAINT & EXTEND RELATED DEADLINES; ORDER

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, Plaintiff Dana Turner ("Plaintiff") and Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, Microsoft Corporation and Nuance Communications, Inc. (collectively "Defendants"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, on October 6, 2022, Plaintiff Dana Turner filed her Complaint;

WHEREAS, Plaintiff served on Defendants the Summons and Complaint on October 13, 2022, and Defendants' time to respond to the Complaint was due on November 3, 2022;

WHEREAS, the parties stipulated to extend Defendants' deadline to file a responsive pleading, pursuant to Civil Local Rule 6-1(a) and without a Court order, to December 8, 2022;

WHEREAS, counsel for the parties have met and conferred regarding Defendants' intended motions to compel arbitration of Plaintiff's claims;

WHEREAS, counsel for Plaintiff has advised that Plaintiff wishes to amend her Complaint and intends to do so by January 9, 2023;

WHEREAS, Defendants consent to the amendment of the Complaint in exchange for a stipulation that Defendants need not respond to the current Complaint and extending Defendants' deadline to respond to the amended complaint to February 21, 2023;

WHEREAS, under the Court's Amended Order Setting Initial Case Management Conference and ADR Deadlines, ECF No. 6, the parties are required to meet and confer pursuant to Fed. R. Civ. P. 26(f) and ADR L-R 3-5 by December 28, 2022, which is before Plaintiff intends to file her amended complaint;

WHEREAS, in light of Plaintiff's intention to file an amended complaint by January 9, 2023, counsel for the parties have met and conferred, and jointly request that the Court reschedule the Case Management Conference until after March 21, 2023 (which is 30 days after Defendants' responses to the amended complaint will be filed), to allow the parties adequate time to investigate the claims, identify the information required by Fed. R. Civ. P. 26 and 16, and confer regarding the ADR process in light of the amended complaint, and in light of the upcoming holidays;

WHEREAS, the only previous time modification in this case is the parties' prior stipulation to extend Defendants' deadline to respond to the Complaint until December 8, 2022 (ECF No. 13);

NOW THEREFORE, it is hereby stipulated as follows:

Plaintiff may amend and file an amended complaint by January 9, 2023;

Defendants need not respond to the Complaint filed October 6, 2022, and Plaintiff will not seek to default Defendants for not responding to the October 6 Complaint;

Defendants' responses to the Amended Complaint will be due by February 21, 2023;

Plaintiffs' opposition to any responsive motions to the Amended Complaint will be due by March 21, 2023.

The Parties jointly request that the Initial Case Management Conference and related deadlines be scheduled after March 21, 2023.

DATED: December 6, 2022        BY:     BURSOR & FISHER, P.A.

                                       /s/ Neal J. Deckant
                                       Neal J. Deckant
                                       Attorneys for Plaintiff
                                       *Dana Turner*

DATED: December 6, 2022        BY:     GREENBERG TRAURIG, LLP

                                       /s/ Rebekah S. Guyon
                                       Rebekah S. Guyon
                                       Attorneys for Defendants
                                       *JPMorgan Chase & Co. and JPMorgan Chase Bank*

DATED: December 6, 2022        BY:     JENNER & BLOCK LLP.

                                       /s/ Kate T. Spelman
                                       Kate T. Spelman
                                       Attorneys for Defendants
                                       *Microsoft Corporation and Nuance Communications, Inc*

Pursuant to Civil Local Rule 5-1(i)(3), I, Rebekah S. Guyon, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

                             */s/ Rebekah Guyon*
                             Rebekah S. Guyon

PURSUANT TO STIPULATION, IT IS SO ORDERED.  It is further ordered that the Initial Case Management Conference set for January 18, 2023 at 1:30 p.m. is vacated and continued to March 29, 2023 at 1:30 p.m. in Oakland, by Videoconference only.  Parties shall file a joint case management conference statement by March 22, 2023.

IT IS SO ORDERED AS MODIFIED.

Dated:  December 7, 2022



_____
DONNA M. RYU
United States Magistrate Judge