United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SMITH, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>NUANCE COMMUNICATIONS, INC.,<br><br>    Defendant. | Case No. 23-cv-00797-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Donna M. Ryu for consideration of whether the case is related to *Turner v. JPMorgan Chase & Co.*, 22-cv-05827-DMR.

**IT IS SO ORDERED.**

Dated: February 27, 2023

_____
THOMAS S. HIXSON
United States Magistrate Judge