Theo Benjamin (*pro hac vice*)
tbenjamin@edelson.com
EDELSON PC
350 N. LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: (312) 572-7212
Fax: (312) 589-6378

*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

DANA TURNER, DANIEL SMITH, and AARON YOUSHEI, individually and on behalf of all others similarly situated,

*Plaintiffs*,

*v.*

NUANCE COMMUNICATIONS, INC., a Delaware corporation,

*Defendant*.

Case No. 4:22-cv-05827-DMR

**DECLARATION OF THEO BENJAMIN IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION**

Date: October 26, 2023
Time: 1:00 p.m.
Ctrm: 4
Judge: Hon. Donna M. Ryu

1. I, Theo Benjamin, hereby declare and state as follows:

2. I am an associate at the law firm of Edelson PC, counsel to Plaintiffs Dana Turner, Daniel Smith, and Aaron Youshei, individually and on behalf of all others similarly situated (collectively, "Plaintiffs") in the above-captioned matter. I have been admitted on a *pro hac vice* basis to the United States District Court for the Northern District of California.

3. I make this Declaration in connection with Plaintiffs' Memorandum in Opposition to Defendant's Motion to Compel Arbitration, filed contemporaneously herewith.

4. I have personal knowledge of the facts set forth in this Declaration and, if called upon, could and would testify under oath competently thereto.

5. Attached hereto as **Exhibit A** is a true and correct copy of an infographic titled "Effortless, secure authentication for JPMorgan Chase Customers", publicly available on Defendant Nuance Communications, Inc.'s website.

6. Attached hereto as **Exhibit B** is a true and correct copy of a data sheet titled "Easy, secure biometric authentication", publicly available on Defendant Nuance Communications, Inc.'s website.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of August 2023 in Chicago, Illinois.

*/s/ Theo Benjamin*
Theo Benjamin