**JENNER & BLOCK LLP**
Kate T. Spelman (SBN 269109)
kspelman@jenner.com
515 S. Flower Street, Suite 3300
Los Angeles, CA 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

**JENNER & BLOCK LLP**
David C. Layden (*pro hac vice*)
dlayden@jenner.com
353 North Clark Street
Chicago, IL 60654
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

Attorneys for Defendant
Nuance Communications, Inc.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

DANA TURNER, DANIEL SMITH, and AARON YOUSHEI, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

NUANCE COMMUNICATIONS, INC.,

Defendant.

Case No. 4:22-cv-05827-DMR
*Consolidated with 4:23-cv-00797-DMR*

**STIPULATED NOTICE OF WITHDRAWAL OF DEFENDANT'S MOTION TO COMPEL ARBITRATION AND TO STAY THE ACTION PENDING ARBITRATION**

Judge: Honorable Donna M. Ryu

Defendant Nuance Communications, Inc. and Plaintiffs Dana Turner, Daniel Smith, and Aaron Youshei respectfully notify the Court that they have agreed and stipulated to the withdrawal of Nuance's previously filed Motion to Compel Arbitration and to Stay the Action Pending Arbitration (Dkt. 37) (the "Motion to Compel").

In its Motion to Compel, Nuance seeks to compel the named Plaintiffs to arbitrate their individual claims against Nuance under the terms of Plaintiffs' agreements with JPMorgan Chase Bank, N.A., the doctrine of equitable estoppel, and the facts and circumstances relating to Plaintiffs' entry into their agreements with Chase and to their claims in this action. Nuance's motion is fully briefed and is set for hearing before the Court on October 26, 2023 at 1:00 p.m. Plaintiffs opposed Nuance's Motion to Compel in its entirety (Dkt. 38). The Parties have agreed and stipulated to the withdrawal of Nuance's Motion to Compel, and respectfully request that the Court take the Motion to Compel off calendar.

Nuance intends to file a motion to dismiss Plaintiffs' Consolidated Amended Complaint (Dkt. 34) under Fed. R. Civ. P. 12(b)(6). Nuance respectfully proposes that the due date for that motion be set for 30 days after the Court takes the Motion to Compel off calendar, if the Court does so.

The Parties respectfully request that the Court take Nuance's Motion to Compel Arbitration and to Stay the Action Pending Arbitration (Dkt. 37) off calendar.

THE PARTIES STIPULATE AND AGREE AS SET FORTH ABOVE.

Dated: October 18, 2023

By: /s/ Kate T. Spelman[1]
Kate T. Spelman (SBN 269109)
kspelman@jenner.com
JENNER & BLOCK LLP
515 Flower Street Suite 3300
Los Angeles, CA 90071
Tel: (213) 239-5100
Fax: (213) 239-5199

[1] Pursuant to Civil Local Rule 5-1(h)(3), I, Kate T. Spelman, attest that I am the ECF user whose identification and password are being used to file this Case Management Statement. I hereby attest that the signatories listed on the following page concur in this filing.

David C. Layden (*pro hac vice*)
dlayden@jenner.com
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
Fax: (312) 527-0484

*Attorneys for Defendant*
*Nuance Communications, Inc.*

Dated: October 18, 2023

By: /s/ Theo Benjamin

Rafey S. Balabanian (SBN 315962)
Theo Benjamin (*pro hac vice*)
EDELSON PC
150 California Street, 18th Floor
San Francisco, CA 94111
Tel: (415) 212-9300
Fax: (415) 373-9435

Neal J. Deckant (SBN 322946)
BURSOR & FISHER, P.A.
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Tel: (925) 300-4455
Fax: (925) 407-2700

*Attorneys for Plaintiffs*
*Dana Turner, Daniel Smith and*
*Aaron Youshei*