**JENNER & BLOCK LLP**
Kate T. Spelman (SBN 269109)
kspelman@jenner.com
515 S. Flower Street, Suite 3300
Los Angeles, CA 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

**JENNER & BLOCK LLP**
David C. Layden (*pro hac vice*)
dlayden@jenner.com
353 North Clark Street
Chicago, IL 60654
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

Attorneys for Defendant
Nuance Communications, Inc.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

DANA TURNER, DANIEL SMITH, and AARON YOUSHEI, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

NUANCE COMMUNICATIONS, INC.,

Defendant.

Case No. 4:22-cv-05827-DMR
*Consolidated with 4:23-cv-00797-DMR*

**DEFENDANT NUANCE COMMUNICATIONS, INC.'S STATEMENT OF RECENT DECISION IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT**

Judge: Honorable Donna M. Ryu

Defendant Nuance Communications, Inc. ("Nuance") respectfully submits this Statement of Recent Decision pursuant to Northern District of California Local Rule 7-3(d)(2) in support of Nuance's pending Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint (ECF No. 49) to bring to the Court's attention two recent decisions granting motions to dismiss California Invasion of Privacy Act claims:

- *Rodriguez v. Ford Motor Company*, No. 23-CV-00598, 2024 WL 1223485 (S.D. Cal. Mar. 21, 2024) (attached hereto as **Exhibit A**); and
- *Jones v. Peloton Interactive, Inc.*, No. 23-CV-1082, 2024 WL 1123237 (S.D. Cal. Mar. 12, 2024) (attached hereto as **Exhibit B**).

Nuance submits this Statement in light of the notices of supplemental authority recently filed by Plaintiffs Dana Turner, Daniel Smith, and Aaron Youshei. *See* ECF Nos. 56, 58.[1]

DATED: April 5, 2024

JENNER & BLOCK LLP

By: */s/ Kate T. Spelman*
Kate T. Spelman
David C. Layden
Attorneys for Defendant
Nuance Communications, Inc.

[1] Plaintiffs' notices improperly contained argument in violation of L.R. 7-3(d)(3).